UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JULIAN OKEAYAINNEH,  CIVIL NO. 12-2200 (PJS/JSM)

    Plaintiff,

v.  ORDER

STAR TRIBUNE MEDIA COMPANY, LLC,
DAVID CHANEN (Publisher), and DAN
BROWNING, (Publisher),

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 31, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2.    This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 11/16/12

                                  s/Patrick J. Schiltz
                                  PATRICK J. SCHILTZ
                                  United States District Judge