FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Leita Walker**
leita.walker@FaegreBD.com
Direct **+1 612 766 8347**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone **+1 612 766 7000**
Fax **+1 612 766 1600**

June 3, 2013

**<u>VIA ECF</u>**

Hon. Janie S. Mayeron
U.S. Magistrate Judge
U.S. District Court, District of Minnesota
632 Federal Building
316 North Robert Street
St. Paul, MN  55101

Re:     Okeayainneh v. Star Tribune Media Co., LLC, et al.
         <u>Court file No. 12-cv-02200</u>

Dear Judge Mayeron:

We write on behalf of Star Tribune, David Chanen, and Dan Browning, Defendants in the above-captioned case.

We have reviewed the papers Plaintiff Julian Okeayianneh filed since Defendants filed their Motion to Dismiss (Dkt. 46) on April 22, 2013. To the extent we understand what Mr. Okeayianneh's case is about, those issues were addressed in the motion. We do not believe further response is necessary and ask that the Court dismiss Mr. Okeayianneh's claims for the reasons set forth in Defendants' motion and accompanying memorandum.

Sincerely,

Leita Walker

cc:     Julian Okeayianneh (by U.S. Mail)