```
Court Name: US District Court Minnesota
Division: 5
Receipt Number: 54641001253
Cashier ID: vmiller
Transaction Date: 08/15/2013
Payer Name: US TREASURY
----------------------------------------
PLRA CIVIL FILING FEE
 For: JULIAN OKEAYAINNEH
 Case/Party: D-MNX-0-12-CV-002200-001
 Amount:         $20.00
----------------------------------------
CHECK
 Check/Money Order Num: 403024243839
 Amt Tendered:   $20.00
----------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```

**SCANNED**

**AUG 1 5 2013**

U.S. DISTRICT COURT DULUTH