UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JULIAN OKEAYAINNEH,  CIV. NO. 12-2200(PJS/JSM)

    Plaintiff,  ORDER

v.

STAR TRIBUNE MEDIA COMPANY, LLC
DAVID CHANEN and DAN BROWNING,

    Defendants.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 18, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss [Docket No. 46] is **GRANTED.**

**Let Judgment be Entered Accordingly.**

Dated: 12/6, 2013      s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Court